**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  '18 - CV - 00702

(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 MAR 26  AM 10: 47

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Jaimie Kulikowski ,

Plaintiff,

v.

PayScale ,

Defendant.

---

## TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff Jaimie Kulikowski is a citizen of Denver, CO, United States who presently resides at the following address:
   1191 S yosemite way #45 Denver, Co 80247

2. Defendant PayScale lives at or is located at the following address:
   1000 1st Ave S. Seattle, WA 98134

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
   1000 1st Ave. S Seattle, WA 98134 + 600 Grant St. Denver, Co 80203

6. Jurisdiction also is asserted pursuant to the following statutory authority:
   Americans with Disabilities Act (ADA)

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _Oct 25, 2017_ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on _Dec 27, 2017_ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

      ____ Race          ____ Color          ____ Religion

      X Sex          X National Origin

      X Other (please specify) _PTSD / Panic Disorder_

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

      ____ Failure to hire

      ____ Failure to promote

      X Demotion/discharge from employment

      X Other (please specify) _Because I have healed a lot, I no longer have an ego, + I lead life with pure feminine soul energy. Our ego is masculine energy + the soul is feminine energy. I don't have the protective shell anymore + so my feminine energy guides me. My feminine energy guided me to the office while I was experiencing a PTSD rage episode._

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

See charge of discrimination + FMLA paperwork

(Rev. 07/06)                                    3

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Jaimie L. Kulikowski**
**1191 S. Yosemite Way, # 45**
**Denver, CO 80247**

From: **Denver Field Office**
**303 East 17th Avenue**
**Suite 410**
**Denver, CO 80203**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **541-2018-00025** | **Philip Gross,** **Supervisory Investigator** | **(303) 866-1318** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Elizabeth Cadle,**
**District Director**

December 27, 2017

*(Date Mailed)*

Enclosures(s)

cc: **Stacey Klimek**
**Human Resources**
**PAYSCALE**
**1000 1st Ave., South**
**Seattle, WA 98134**

**RECEIVED**

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

OCT 2 5 2017

EEOC - DENVER
FIELD OFFICE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

### 1. Personal Information

Last Name: Kulikowski      First Name: Jaimie      MI: L

Street or Mailing Address: 191 S. Yosemite Way      Apt or Unit #: 45

City: Denver      County: _____      State: CO   Zip: 80247

Phone Numbers: Home: (720) 524-7504      Work: (303) 493-6647

Cell: (303) 319-5318      Email Address: jaimie.Kulikowski@gmail.com

Date of Birth: 6/14/77      Sex: ☐ Male ☒ Female      Do You Have a Disability? ☒ Yes ☐ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino?  ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply.  ☐ American Indian or Alaskan Native    ☐ Asian   ☒ White

☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? Polish Ancestry

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Tom Kulikowski      Relationship: Father

Address: _____      City: _____      State: _____   Zip Code: _____

Home Phone: (___) _____      Other Phone: (___) _____

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer    ☐ Union    ☐ Employment Agency    ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: PayScale, Inc.

Address: 1000 1st Ave. S.      County: _____

City: Seattle      State: WA  Zip: 78134    Phone: (206) 223-7590

Type of Business: SaaS      Job Location if different from Org. Address: Denver

Human Resources Director or Owner Name: Stacey Klimek      Phone: (206) 223-7590

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15    ☐ 15 – 100    ☐ 101 – 200    ☒ 201 – 500    ☐ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: July 2007      Job Title At Hire: Data Manager

Pay Rate When Hired: $62,000      Last or Current Pay Rate: $94,000

Job Title at Time of Alleged Discrimination: Client Manager  Date Quit/Discharged: Still employed there

Name and Title of Immediate Supervisor: Kathy Fitzgerald, Regional Director

**If Job Applicant,** Date You Applied for Job _____   Job Title Applied For _____

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☒ Sex ☐ Age ☒ Disability ☒ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing    ii. family medical history    iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: Polish ancestry

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 9/21/17 - present Action: See attached re- ancestry, failure to accommodate + gender

Name and Title of Person(s) Responsible: Mike Metzger, Gregg Hodges, Tim Low (CEO), (CIO), (VP)

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_____

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

I have been falsely accused of creating a hostile environment. They won't rescind + their reason is they need to treat all ees consistently

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. Anonymous person of color was publicly recognized for their Glassdoor review accusing PayScale of being racist. HR + Sr.

B. Leadership told the entire company they embrace the feedback + that diversity + inclusion is very important to them. Meanwhile I had been screaming discrimination + inequity for almost a month with no action from HR or Sr. Leadership

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title      Description of Treatment

A. Unknown - I don't think anyone else will come forward
at this point since everyone is seeing how discrimination
B. complaints are being handled

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title      Description of Treatment

A. Unknown - See above

B.

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

9. **Please check all that apply:**
☒ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. **What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
PTSD. During episodes, I hyperventilate & start to chatter & shake.
I have periods of insomnia & typically lose weight due to lost
appetite. My brain does not function optimally so life/work suffers.

11. **Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☒ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
I am no longer on medication but I go to therapy regularly & practice
meditation

12. **Did you ask your employer for any changes or assistance to do your job because of your disability?**
☒ Yes ☐ No
If "Yes," when did you ask? Sept 24 2017 Oct 24    How did you ask (verbally or in writing)? writing
Who did you ask? (Provide full name and job title of person)
Crystal Rose HR Business Professional
Describe the changes or assistance that you asked for: I asked for a release room for a 5
day conference & I asked to have a person I feel safe
with during a high tension meeting
How did your employer respond to your request? They denied both requests & ended
up cancelling the meeting.

3

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. Ruth | McCarthy | 303-995-3015 | I believe she would say she can't believe this is happening + they need new HR |
| B. The entire company saw my email in response to their company wide email. I'm sure there are mixed feelings about all of it | | | |

**14. Have you filed a charge previously on this matter with the EEOC or another agency?** ☒ Yes ☐ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

I spoke with Cynthia Woellbrock + she said the eeoc should have never told me that withdrawing my original charge was an option. I will most likely retain her.

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

---

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

---

**BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

---

_____
**Signature**

10 - 25 - 2017
**Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Discrimination – National Origin/Ancestry**: On October 19th, 2017 Crystal Rose, an HR professional sent an all company email out on behalf of Mike Metzger's (CEO) diversity and inclusion initiative. The email revolved around embracing a Glassdoor review accusing the company of being racist. She communicated to all of us how seriously HR and senior leadership take discrimination complaints, that they "will not be retaliated against, will be taken seriously, will be investigated, and will be heard with empathy and compassion." I was appalled at this email because I had been submitting complaints about discrimination and inequity for almost a month and because I was not being taken seriously or given the opportunity to meet with people I felt were discriminating against me, I ended up filing a complaint with the eeoc in early Oct. I withdrew my complaint the morning of Oct 19th prior to getting the all company email. I'm filing again because I feel it's because of my Polish ancestry that I'm being discriminated against and that there is deep unconscious ancestral bias happening between me and Metzger (German surname). The two women I have had issues with (Kirsi Hall and Crystal Rose) look like the Aryan race and they are receiving preferential treatment over me by Mike Metzger. I have been accused of creating a hostile work environment in a punitive counseling statement and Mike continues to listen to Kirsi and Crystal and will not give me the opportunity to share my perspective of what is happening.

**Discrimination – ADA Failure to accommodate**: On Sept 24th, 2017, I sent an email to HR requesting an accommodation for my PTSD at an upcoming conference that was going to last five days from Oct 1-5, 2017. I asked to be accommodated with a private room where I could go and release emotions in the event I experienced a panic/trauma episode. They denied my request stating that they needed my ADA paperwork from my doctor. My doctor completed my workplace accommodation form on Oct 16th, and I turned it into HR on Oct 23rd. Then on Oct 24th, I was supposed to have a meeting with Crystal Rose (HR) and Mike Metzger (CEO) to talk about all of my discrimination complaints and feedback. Since I feel incredibly unsafe with both of them, I asked for another accommodation. I asked to have someone I feel safe with be present – either Gerard Smith (a VP) or Chris Highfield (a VP). They again denied my request and said I could have Sandra Leon or Gregg Hodges present in the meeting, two people I also feel incredibly unsafe with. They then cancelled the meeting altogether.

**Discrimination – Gender**: Mike Metzger, Tim Low, and Gregg Hodges are all white men. I am an empowered woman of Polish ancestry voicing inequity and standing up for myself. I have asked for meetings with Gregg Hodges and Tim Low to resolve disputes and I have sent feedback visible to Mike Metzger regarding issues of inequity and discrimination. None of them will talk to me. Metzger publicly

announced to the company that diversity and inclusion is one of his main initiatives. Yet, he flew into Denver and didn't have time for me on his busy calendar. He cancelled the meeting we were supposed to have at 1pm on Oct 25th. If diversity and inclusion is a main effort, why was I not the first meeting of the day and why was my meeting cancelled altogether?

## "One of the most Racist Companies in Seattle"

**PayScale**  ⭐  ▽  Former Employee - Account Executive in Seattle, WA

🔳 Doesn't Recommend      🔳 Negative Outlook      🔳 Disapproves of CEO

I worked at PayScale (More than a year)

**Pros**

Unlimited PTO (4 weeks at a time)

**Cons**

If you are a person of color save yourself the trouble, disappointment and heartache. What is most upsetting about this company is its claim to be different. Most PoCs know that working in corporate America is challenging, there is often implicit as well as explicit bias and it is often expected but for a company that sells equity well one would expect something a little different. The constant micro-aggression are expected but the explicit favoritism and unfair disadvantages placed on PoC is, I don't even have words.

The pay is crap which is ironic for a company again that sells fair pay and equity. If you appreciate the culture of all white fraternity house then this is the ideal place (the all white sorority sisters fall in place as well). If you are looking for growth career development and respect, I would look otherwise.

P.s. You may read this and think wow, this person is really angry. Yes I am very angry. No one should have to be treated the way I was by this employer. PayScale is capitalism at its worst, or maybe I should say best.

Show Less

**Advice to Management**

Hire actual managers not just watch dogs.

Helpful (4)  🏳

**PayScale**

1000 First Ave South
Suite 500
Seattle, WA 98134

**Please answer the below applicable questions to help determine reasonable workplace accommodation for Jaimie Kulikowski.**

1) Please review the attached job description. (If no job description is attached, please discuss the position with the employee to determine essential job duties.) Is the employee able to perform the essential job functions of this position with or without reasonable accommodation? ☑ Yes  ☐ No

   If *yes,* please continue to next question.
   If *no,* how long will the employee be unable to perform these job duties?

   _____ # of weeks _____ # of months _____ permanently

2) Does the employee have a physical or mental impairment?   ☑ Yes  ☐ No

   If *yes,* which is the impairment?   ☐ Physical  ☑ Mental

3) What limitation(s) is interfering with job performance, and how does it interfere with the employee's ability to perform the job function(s)?

   PTSD with Panic Disorder. She will need accomodation when dealing with situations that trigger Panic episodes.

4) What adjustments to the work environment or position responsibilities would enable the employee to perform the essential functions of that position?

   ⊕ The ability to leave crowded environments quickly, up to and including separate room(s) or to return to her house.

5) The employee's typical schedule is Monday through Friday from _____ AM to _____ PM. What, if any, adjustments need to be made to the employee's work schedule to enable the employee to perform the essential functions of that position?

   Flexible scheduling to allow working from home at times

6) How would your suggestions improve the employee's job performance?

   It would allow her to keep working and be a contributing member of society by preventing recurrent PTSD

7) How long will the employee need the reasonable accommodation or workplace schedule adjustment? If unable to provide date, when will they be medically reevaluated? Symptoms.

   Unable to provide date. Will need repeat evaluation every 3-6 months.

Any additional comments or suggestions:  Jaimie Kulikowski has made incredible progress over the past 10-15 years through hard work and perseverence. Many are unable to make such progress. This should be rewarded and not punished.

Matthew Preshanth Francis, MD, PhD
Physician Name (Please Print)

Matthew Preshanth Francis                    10/16/2017
Signature of physician completing form                    Date

## Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)

## U.S. Department of Labor
Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 5/31/2018

### SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: _Pay Scale - Crystal Rose or Stacey Klimick_

Employee's job title: _Client Manager_   Regular work schedule: _M-F 40hr/wk_

Employee's essential job functions: _Manage a book of clients. Responsible for renewals, customer service, system migration, informal training of new users, web meetings with clients._

Check if job description is attached:

### SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: _Jaimie_   _Lynn_   _Kulikowski_
First                        Middle                        Last

### SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: _Ting Li, MD_    **Internal Medicine at Lowry**

Type of practice / Medical specialty: _Internal Medicine_    **8111 E. Lowry Boulevard**
**Suite 120**
Telephone: (_720_) _848-9500_    Fax:(_____)    **Denver, CO 80230**

Page 1

Form WH-380-E Revised May 2015

## PART A: MEDICAL FACTS

1. Approximate date condition commenced:  10/1/17

   Probable duration of condition:  Intermittent but can be lifelong

   **Mark below as applicable:**
   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   X No ___Yes. If so, dates of admission:

   _____

   Date(s) you treated the patient for condition:

   10/26/17

   Will the patient need to have treatment visits at least twice per year due to the condition? ___No X Yes.

   Was medication, other than over-the-counter medication, prescribed? X No ~~Yes.~~

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   ___No X Yes. If so, state the nature of such treatments and expected duration of treatment:

   Psychotherapy (Intermittent and potentially lifelong)

2. Is the medical condition pregnancy? X No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition: ___No X Yes.

   If so, identify the job functions the employee is unable to perform:

   Interaction/communication with co-workers & clients

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   Anxiety, PTSD.

Page 2                                CONTINUED ON NEXT PAGE                    Form WH-380-E Revised May 2015

## PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No  X Yes.

(Mon)          (Sun)

If so, estimate the beginning and ending dates for the period of incapacity: __10/30/17 — 11/12/17__

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No  X Yes.

If so, are the treatments or the reduced number of hours of work medically necessary?
___No  X Yes.

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

__To be determined__

Estimate the part-time or reduced work schedule the employee needs, if any:

_____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No  X Yes.

Is it medically necessary for the employee to be absent from work during the flare-ups?
____ No  X Yes. If so, explain:

__To be determined.__

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency          : _1_ times per ~~week(s)~~ _6_ month(s)

Duration: __~~hours~~ or _5_ day(s) per episode

## ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

_____

_____

_____

_____

_____

Page 3                    CONTINUED ON NEXT PAGE                    Form WH-380-E  Revised  May 2015

_____

**Signature of Health Care Provider**          **Date**  10/26/17

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**



Internal Medicine - Lowry
8111 E. Lowry Boulevard, Suite 120
Denver CO 80230-7255
O:  720-848-9500
F:  720-848-7143

October 31, 2017

Patient:        **Jaimie Kulikowski** (DOB: 6/14/1977)

To Whom it May Concern,

Jaimie Kulikowski is a patient in UCHealth clinic at Lowry.  She is being monitored for a medical condition.  She would benefit from taking off another week until her symptoms improve.

If you have questions, please do not hesitate to contact the clinic.

Sincerely,

Nivedita D Mahidhara, MD
10/31/2017, 11:49 AM

Jaimie Kulikowski                                    DOB: 6/14/1977                                        1 of 1




# COLORADO
## Division of Human Resources
Department of Personnel
& Administration

U.S. Wage and Hour Division

# State of Colorado Medical Certification Form
## Employee's Serious Health Condition

**Instructions to Department/Institution:** For the employee's condition, fill in the following. You may attach the job duties from the official PD. Please complete this portion before giving to the employee. This completed form is to be placed in a separate, confidential medical file with limited access.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. `Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630. 14(c)( 1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: _Pay-Scale_

Employee's job title: _Client Manager_ Regular work schedule: _M - F, 8 - 5_

Employee's essential job functions: _Client renewals_

Check if job description is attached: _____

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. § § 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.3 13. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Employee Name: _Jaimie Lynn Kulikowski_
Employee ID: _____
Employee Signature: _____ Date: _11 - 14 - 17_

Revised May 2015            CONTINUED ON NEXT PAGE            Expires 5/31/2018

1525 Sherman St., Denver, CO 80203    P 303.866.3000    www.colorado.gov/dhr
John W. Hickenlooper, Governor | P. June Taylor, Executive Director

 

**COLORADO**
**Division of Human Resources**
Department of Personnel
& Administration

U.S. Wage and Hour Division

Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)
Page 2

## SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: _Bradley Changstrom, MD_

Type of practice / Medical specialty: _Lowry Internal Medicine_

Telephone: (_720_) _948-9500_   Fax: (_720_) _848-7143_

## PART A: MEDICAL FACTS

Approximate date condition commenced: _10/1/17_

Probable duration of condition: _8-12 weeks_

**Mark below as applicable:**

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
_X_No ___Yes. If so, dates of admission:
Date(s) you treated the patient for condition: _11/14/17 ; also include with other providers_ _10/16/17_ _10/26/17_ _10/31/17_

Will the patient need to have treatment visits at least twice per year due to the condition? ___No _X_ Yes.

Was medication, other than over-the-counter medication, prescribed? ___No _X_Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___No _X_ Yes. If so, state the nature of such treatments and expected duration of treatment: _Psycho Therapy. Once or twice monthly - Long term treatment_
Is the medical condition pregnancy? _X_ No ___Yes. If so, expected delivery date: _____

Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___ No _X_ Yes.

If so, identify the job functions the employee is unable to perform:

Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment): _Diagnosis: Anxiety, PTSD, Mood disorder NOS Communication with co-workers and clients have triggered panic attacks. Symptoms improving and recommending part time return to work._

Revised May 2015                    CONTINUED ON NEXT PAGE                    Expires 5/31/2018

1525 Sherman St., Denver, CO 80203   P 303.866.3000   www.colorado.gov/dhr
John W. Hickenlooper, Governor | P. June Taylor, Executive Director





Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)
Page 3

## PART B: AMOUNT OF LEAVE NEEDED

Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No _✗_Yes.

If so, estimate the beginning and ending dates for the period of incapacity: _10/1/17 - 11/20/17_

Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No _✗_Yes.

If so, are the treatments or the reduced number of hours of work medically necessary? ___No _✗_Yes. *Recommend 4 hours per day / 5 days per week*

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period: *Psychology every other week x 1 hour.* *for next 6 weeks.*

Estimate the part-time or reduced work schedule the employee needs, if any: _4_ hour(s) per day; ___5___ days per week from _11/20/17_ through _01/02/2018_

Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No _✗_Yes.

Is it medically necessary for the employee to be absent from work during the flare-ups? ___ No _✗_ Yes.
If so, explain: *Difficulty with interactions during front panic attacks*

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):
Frequency: _4_ times per _—_ week(s) _1_ month(s)
Duration: _—_ hours or _2_ day(s) per episode *(two)*

ADDITIONAL INFORMATION: (IDENTIFY THE QUESTION THAT PERTAINS TO YOUR ADDITIONAL INFORMATION).

Signature of Health Care Provider: _____  Date: _11/14/17_

Print name: ___Brad Changstrom, MD.___

### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Revised May 2015                                                                                    Expires 5/31/2018



1525 Sherman St., Denver, CO 80203   P 303.866.3000   www.colorado.gov/dhr
John W. Hickenlooper, Governor  |  P. June Taylor, Executive Director

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

See other supporting documents as proof of termination of employment due to a PTSD rage episode.

I, Jaimie Kulikowski, have battled PTSD/panic disorder/severe anxiety for almost 18 years. I experienced my first debilitating panic attack while stationed with the Army in Heidelberg, Germany in 2000. I ordered my complete set of Army medical records on November 13, 2017 and hope to have them soon.

I was in and out of ER's, back and forth to my medical clinic, and on and off medications for several years. In June 2014, I started therapy with Diane Kimmel, LCSW. From June 2014 through October 2017, I paid her $11,575 out of pocket because she does not accept insurance. With her, I woke up to pain from childhood and past lives. During my ancestral pain crisis in the fall of 2017, she abandoned me and I went through my last two inner crises alone.

On September 12, 2017, a leadership trainer at a Payscale leadership workshop said, "Every parent has a favorite child." This microaggression had a macro impact on my system and sent me spiraling into a PTSD nightmare because I was neither the favorite child in my family, nor was I the favorite race in my primary ancestry. It is deeply traumatizing when you are the scapegoat child in a family or the scapegoat race of a nation.

When I tried to bring up the issue with the leadership trainer, PayScale HR, and PayScale Senior Leadership, I was made the perpetrator and accused of creating a hostile work environment. I made several attempts to resolve the conflict and ultimately went to the EEOC to file a complaint for discrimination.

I went to my doctor on Oct 26, 2017 to start FMLA. I was on FMLA from Oct 26, 2017 to Jan 2, 2018. During that period, I was unpacking pain from my primary ancestral bloodline, which is Polish Jewish. Had I not healed as much as I had, I would have gone looking for opioids because the pain was excruciating.

I do not know why, but on Nov 2nd, 2017, PayScale HR emailed me even though my FMLA paperwork specifically stated that interaction/communication with coworkers were activities I was unable to perform. The email communicated to me that I had a vacation gift of $1,000 to redeem for my 10 yr work anniversary. I never saw this email because I was not checking emails while I was on FMLA in deep crisis. When I returned to work in January, 2018, it was an email I missed. My 10 yr work anniversary was also in early July, so getting an email about an anniversary gift almost a half a year after my anniversary doesn't make any sense to me. It feels like covert harassment.

On around Mar 16th, 2018 (I don't know exact dates because PayScale disabled my account, and I cannot retrieve emails), I received an email from PayScale HR saying that they wanted to revisit the email from Nov 2nd because I never replied. Seeing the date of Nov 2nd sent me back to what I was going through at that time and my nervous system started to get revved. Between Oct 31st and Nov 4th, I was losing my therapist, the one person in the world I had let into the deepest, most painful parts of me, and I was trying to cope with feeling the presence of my ancestors on my own. I went to my dad for support since my therapist had abandoned me. Since my ancestral crisis was fresh on my mind, I told HR that I didn't want the $1,000 and that what I wanted for my gift was an open and transparent conversation with senior leadership and the leadership trainer around what happened during the fall of 2017. I said if that couldn't happen, then to please donate the money to a charity of their choice.

I heard back from HR a couple days later. There was no acknowledgement of my request to have a conversation and they asked me to pick a charity. At that point, I emailed senior leaders and the leadership trainer telling them that I had sent Warburg Pincus a bill for the pain they caused me since they were not willing to repair the conflict with me peacefully. Then I asked that they donate the $1,000 vacation gift money to the United States Holocaust Museum in honor of my relative, Mieczyslaw Kulikowski, who was hanged in the biggest public execution in Auschwitz for helping three prisoners escape.

Not a single leader replied acknowledging that they would donate in his name and instead I received another reprimanding email from HR a couple days later. They again made me the perpetrator which sent me into a PTSD rage episode which resulted in them firing me.

I am not a victim, but I have suffered enough for the wrong doings of the white masculine Anglo Saxon Germanic oppressor. Since PayScale continually refused to go through the very uncomfortable and messy conflict repair process with me and ultimately fired me because I had a PTSD rage episode, then I deserve reparation in the form of monetary compensation.

We would not be here if:

1) The leadership trainer never made the grossly insensitive microaggression that, "Every parent has a favorite child". I have PTSD from not being the favorite child in my family and from not being the favorite race in my primary ancestral bloodline.
2) The leadership trainer would have apologized for the insensitive microaggression or if PayScale leadership would have apologized on her behalf.
3) PayScale HR had not emailed me against my doctor's orders on Nov 2nd, 2017.
4) PayScale HR had not revisited the email they sent me on Nov 2nd, 2017 which sent me spiraling back into the PTSD nightmare I was trapped in during the fall of 2017.
5) Senior leaders would have had any amount of empathy and compassion for my ancestral pain crisis and just donated the money in honor of my relative.
6) Any senior leader would have talked to me regarding feedback I had been giving for months on our weekly internal survey OfficeVibe.

I am not alone in the deep inner pain I am feeling. I learned recently that I went to my doctor to get on FMLA on the exact same date the President declared our country in a public health emergency. We are in a collective crisis because many old souls are waking up and our stories are screaming on the inside. We do not have protection or systems in place to facilitate the evolution and soul awakening process of the metaphysically gifted.

Jaimie Kulikowski

3-26-2018

Date

 Verizon    10:09 AM     94%


Diane

Tue, Oct 31, 11:10 AM

I'm feeling very little trust in my relationship with you. I don't understand how I've been seeing you for almost three years and the spectrum of bipolar was never brought up until now. All language up to today has been about unpacking trauma. I'm now curious to see notes you've written up from our sessions

I think I've reached a point in my healing process where I need to seek my next healer/mentor on my own so that my energy connects with that person. I know what I felt today in the energetic space between me and you. Thank you for everything and I will always love you.

Nov 2nd was a day I was in deep distress.

Seeing that date again, threw me back.

     

      



**Verizon** 10:10 AM ◀ ∗ 94% ▮

**Diane**

Buhrman is German and so is Kimmel. The ancestral pain I'm feeling from my Polish bloodline is very real, but now instead of validating and empathizing with me, asking me "what's that like for you?" you are saying I'm on the spectrum of bipolar and people will call me crazy. Our session was highly triggering for me and I need to seek someone else.

It's ok if you don't want to hear what I'm saying, and it's ok if you fear for the safety and security of your financial position because I'm dragging you into a possibly ugly legal situation. But you projected your fears on to me today instead of holding a safe space for my very real pain.

  



Diane

I can't believe I'm paying $175 for today's session, when I left feeling worse and totally gaslighted

And what a terrible thing to tell someone in the throes of suffering that "you're all alone"

Quite frankly, you were more dysregulated than me in our session today. I wish you could be humble enough to tell me that I've reached a point in my process where you've never been. My intuition told me that a few sessions ago. And because you haven't unpacked your ancestral trauma of being the oppressor, you cannot empathize with my ancestral trauma of being the oppressed. That's where the world is at. It is what it is

  

      

Now that I'm speaking a truth that you don't want to hear, I'm no longer a truth teller and I'm on the spectrum of bipolar so everyone will think I'm crazy

This is my last text to you. I love you for all the healing you've helped me with. I will heal myself in this final stage of awakening

 Verizon      10:15 AM       92% ▬

DK

Diane

Thu, Nov 2, 7:33 AM

I decided to not pay for Tuesday's session. You were the mother I did have instead of the unconditionally loving mother I needed in my darkest hour. I was abused for free as a kid, I'm sure as hell not going to pay for it as an adult.

I saw the fear and hatred in you, which is totally fine, it just sucks you're not able to own it.

Please don't fight me on this. I've paid you $1000s for really good therapy, and if I truly were a dysregulated crazy person with bipolar, I'd be suing you for betraying me in my final stage of healing. Just accept that you don't deserve payment for Tuesday's session.

  

      



Diane

Sat, Nov 4, 8:55 AM

I'm going to get a second option of your diagnosis of me.

Please email or mail all the records/notes you have on me from when I first started seeing you in Jan 2015, so I can take those to the psychiatrist.

Jaimie.kulikowski@gmail.com
Or
1191 s Yosemite way #45
Denver 80247

Sat, Nov 4, 1:15 PM

Of course
They are yours
I will be able to send them on Thursday
I wish you the very best and trust that you will find that special healer that speaks to you just where you are

  



One of my relatives I was connected with during my ancestral Pain crisis



ur. 19.03.1920 r., nr obozowy 25419    ur. 01.02.1899 r., nr obozowy 6569
born 19.03.1920 camp number 25419.    born 01.02.1899 camp number 6569

Polish prisoners hanged on 19 July 1943 during the biggest public executi in KL Auschwitz.



 **Gmail**                                    **Jaimie Kulikowski <jaimie.kulikowski@gmail.com>**

---

## Administrative Leave Effective Immediately

7 messages

---

**Crystal Rose** <Crystal.Rose@payscale.com>                          Fri, Mar 23, 2018 at 6:29 PM
To: Jaimie Kulikowski <jaimie.kulikowski@gmail.com>
Cc: Stacey Klimek <Stacey.Klimek@payscale.com>, Mark Klebanoff <Mark.Klebanoff@payscale.com>

Hi Jaimie,

Effective immediately you are on Administrative Leave due to the behaviors reported this afternoon which I will be investigating.  Please do not attempt to go to the Denver Office, or contact any PayScale employee except myself.

Thank you,

Crystal

**PayScale**

Crystal Rose, PHR, SHRM-CP

Sr. People Business Partner

**206-576-5010**

---

**Jaimie Kulikowski** <jaimie.kulikowski@gmail.com>                     Fri, Mar 23, 2018 at 6:36 PM
To: Crystal Rose <Crystal.Rose@payscale.com>, mike.metzger@payscale.com, tim.low@payscale.com, sandra.leon@payscale.com, gregg.hodges@payscale.com
Cc: Stacey Klimek <Stacey.Klimek@payscale.com>, Mark Klebanoff <Mark.Klebanoff@payscale.com>

Your email to me was so inappropriate today and sent me into a PTSD rage.

I don't know what administrative leave means. Am I on leave with or without pay?

On Fri, Mar 23, 2018 at 6:29 PM, Crystal Rose <Crystal.Rose@payscale.com> wrote:

Hi Jaimie,

Effective immediately you are on Administrative Leave due to the behaviors reported this afternoon which I will be investigating.  Please do not attempt to go to the Denver Office, or contact any PayScale employee except myself.

Thank you,

Crystal

# ◣ Gmail

**Jaimie Kulikowski <jaimie.kulikowski@gmail.com>**

## Following up
5 messages

---

**Crystal Rose <Crystal.Rose@payscale.com>**    Sat, Mar 24, 2018 at 7:20 PM
To: Jaimie Kulikowski <jaimie.kulikowski@gmail.com>

Dear Jaimie,

I want to own and acknowledge that the below language is mostly legal and sterile. I hope that on some level it's received as it is intended, which is a genuine attempt to reach a place of harmony with you.

Thank you for reaching out with a proposal endeavoring to come to an amicable transition with PayScale. It sounds from your email that you may have reached the same conclusion we have. The current situation is not workable and both you and PayScale would be best served by your transition to your next opportunity.

Given recent events, I have to inform you that PayScale has made the decision to terminate your employment effective immediately.  However, we greatly appreciate your offer to reach an amicable agreement regarding your departure.

Based upon your email, we understand that you are asking for pay through the end of the year, which would come to about $74,000.

PayScale's offer is $44,512 in an lump sum payment. In order to receive this payment, you would need to execute a standard separation and release agreement and PayScale would pay you this amount on the first regular payroll date that is 7 days after you sign the release. This payment represents 24 weeks of severance.  In January you were offered a standard PayScale severance of two weeks plus one week for each additional year of service, totaling 12 weeks.  You indicated to Mark that you believed typical severance was one month for each year of service.  We are offering a compromise of our standard and what it sounded like you expected as typical.  The 24 weeks, would represent two weeks standard plus two weeks for each additional year of service.

In addition to the lump sum, the severance agreement would include $963.17 which is the premium for (1) month of COBRA at existing levels (you + child).

We value your contributions over your 11 year tenure and truly wish you the best. We believe this severance payment would allow you to move on to the new opportunities you shared in your email.

Your separation paperwork is enclosed with this email.

Thank you,

Crystal

---

:::: PayScale

Crystal Rose, PHR, SHRM-CP

Sr. People Business Partner

**206-576-5010**

📄 **Separation Information Jaimie Kulikowski.docx**
   19K

---

**Jaimie Kulikowski** <jaimie.kulikowski@gmail.com>                    Sat, Mar 24, 2018 at 7:54 PM
To: Crystal Rose <Crystal.Rose@payscale.com>

I do not accept and will be filing a federal lawsuit against you on Monday. I received my right to sue letter from the eeoc
and was not going to pursue that route until what happened last week.

Your offer is not good enough.

What PayScale leadership has done is appalling and cowardly.

I didn't know why I ordered all my medical records from the Army back in December, but now I see why my body led me
to do that. I'm going to need them for this case.

This was not the wise choice on PayScale's part.

-Jaimie
[Quoted text hidden]

---

**Jaimie Kulikowski** <jaimie.kulikowski@gmail.com>                    Sat, Mar 24, 2018 at 8:27 PM
To: Crystal Rose <Crystal.Rose@payscale.com>

I am done suffering for the sins of the white masculine Anglo-Saxon Germanic oppressor.

I suffered with PTSD/panic disorder for almost 18 years and now all my sources of pain are conscious within me. A huge
source of my pain is from the genocide of my Polish Jewish bloodline because they were not the favorite child of the
parent leader at that time.
[Quoted text hidden]

---

**Jaimie Kulikowski** <jaimie.kulikowski@gmail.com>                    Sun, Mar 25, 2018 at 6:55 AM
To: Crystal Rose <Crystal.Rose@payscale.com>

I will be filing Pro Se.

Please send me the name and contact information of your attorney.

-Jaimie
[Quoted text hidden]

---

**Crystal Rose** <Crystal.Rose@payscale.com>                    Sun, Mar 25, 2018 at 11:49 AM
To: Jaimie Kulikowski <jaimie.kulikowski@gmail.com>

Aaron D. Goldstein

Partner

DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100 | Seattle, WA 98104-7043

P: 206.903.5434 F: 206.903.8820 C: 503.734.8124

WWW.DORSEY.COM ::  SEATTLE ::  BIO ::  V-CARD

Get Outlook for Android

**From:** Jaimie Kulikowski <jaimie.kulikowski@gmail.com>
**Sent:** Sunday, March 25, 2018 5:55:26 AM
**To:** Crystal Rose
**Subject:** Re: Following up

[Quoted text hidden]

Gmail - PayScale Property

 Gmail                                    **Jaimie Kulikowski <jaimie.kulikowski@gmail.com>**

## PayScale Property

2 messages

---

**Crystal Rose** <Crystal.Rose@payscale.com>                    Sun, Mar 25, 2018 at 4:42 PM
To: Jaimie Kulikowski <jaimie.kulikowski@gmail.com>

Hi Jaimie,

After the events of Friday, PayScale employees have reported feeling "unsafe" with you.  Accordingly we must insist that you do not enter any PayScale premises. Building security has been notified that you may no longer enter the building.  If you attempt to come on to PayScale's premises, PayScale will notify the authorities.  We need to ensure that our staff feel safe and comfortable when performing their jobs.

Tomorrow I will email you a Fed Ex label, please use this label to ship and return any PayScale property.  If you have any questions about your separation from PayScale or any outstanding items, expense reports owed etc. I am your point of contact.

Thank you,

Crystal

**∴∴ PayScale**

Crystal Rose, PHR, SHRM-CP

Sr. People Business Partner

**206-576-5010**

---

**Jaimie Kulikowski** <jaimie.kulikowski@gmail.com>                Sun, Mar 25, 2018 at 6:15 PM
To: Crystal Rose <Crystal.Rose@payscale.com>

The entire company is discriminating against my PTSD at this point. I had a PTSD rage episode last Friday. I came to the office to see either Sandra or Gregg after incredibly triggering emails. If any senior leader had any training whatsoever with PTSD/panic disorder and the many symptoms that go with it, then employees would not be feeling unsafe with me. PTSD is trapped trauma in the system and can manifest in any form of the fight-flight-freeze response. Different people have different PTSD episodes. Some people go into freeze, some go into flight, and some go into fight. I have had episodes spanning all three elements of the fight-flight-freeze response, and Friday, I was in fight. I was trapped in a trauma cycle of anger/rage, but I would never and have never physically harmed anyone. Again, I am not a perpetrator. I am not a criminal. I came in a PTSD rage because senior leaders have neglected me for so long, and I felt harassed by receiving an email out of the blue that dated back to Nov 2nd. That was when I was in excruciating pain!

Why did someone from HR email me on Nov 2nd, 2017 when my doctor specifically wrote on my first set of FMLA paperwork that interaction/communication with co-workers were activities I was unable to perform from the dates of Oct 30, 2017 - Nov 12, 2017?

What no one understands is I was in deep crisis during the entire time I was on FMLA. Christen forwarding me an email out of nowhere from Nov 2nd sent me spiraling back into the PTSD nightmare I was in during that time. Any communications dealing with PayScale and that timeframe are highly triggering for me. There was no reason to re-visit the email, and there was no reason to ever send it in the first place, especially when my 10 yr anniversary was in July. Emailing me an anniversary gift almost a half a year after my anniversary makes absolutely no sense.

Knowing that some of your employees have PTSD should have prompted leadership to get formal training on the disorder. If someone went into a diabetic seizure, you wouldn't prohibit them from the premises and make them feel like a criminal. It is just as important to get educated on mental/emotional disorders as it is on physical illness.

I have no intentions of coming to the office premises and can mail everything to you.

How do I get my 401k out? Do I just get in touch with Empower Retirement? All my log in information for my 401k is on my PayScale computer and you all have disabled my account, again making me feel like a dangerous criminal, which I am not.

-Jaimie

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

① See my application's excerpt to the AmA as proof that we need to add to the protected class list in order to support our evolution from Homo-Sapien to Homo-Integratus.

② I do not know at this point in my healing process if I am physically sick, mentally ~~disabled~~, or metaphysically gifted. I need to collect enough in damages to get the medical tests run to figure it out as I am scheduled to represent a new branch of medicine to the AMA in May. If I am sick or disabled, then I need to withdraw my application. If I am gifted, then this world really needs me, so we can start reconnecting back to Divine feminine natural law which is the energy that connects us and restores us to harmony and peace.



**AMERICAN MEDICAL ASSOCIATION**

*Cover Sheet for CPT® Coding Change Application*

It is recommended that applicants consult with national medical specialties and other qualified healthcare professional organizations that will typically provide the proposed procedure(s)/service(s) requested in this application to obtain comments on the type of work and potential for development of relative value units (RVUs) by the AMA Specialty Society RVS Update Committee (RUC). With recognition of scheduling needs of the specialty societies, when assistance from a specialty society will be sought, it is highly recommended that the applicant plan for enough time for scheduling such discussions in advance of the application deadline to avoid violation of the AMA Lobbying Policy. Interested national specialty organizations may have deadlines prior to the CPT application submission deadline to allow for application review and comment.

**Date:** 3-13-2018

**Change Requested by:**

| | |
|---|---|
| **Name(s):** | Jaimie Kulikowski |
| **Organization:** | New Loop |
| **Address:** | 4340 E. Kentucky Ave #313 |
| **City:** Glendale | **State:** CO  **Zip Code:** 80246 |
| **Telephone:** | 303-319-5318 |
| **Email:** | leanintuit.cmcr@gmail.com |

*Please include this cover sheet with your application.*

Coding Change Application-last updated September 25, 2017
CPT is a registered trademark of the American Medical Association
Copyright 2013-2017 American Medical Association. All rights reserved.

3

conditions. Please refer to the sample format and examples of appropriate clinical vignettes
included in the code change application instructions.  NOTE: This same vignette will be used
during the development of work relative value units (RVUs) by the AMA/Specialty Society RVS
Update Committee (RUC), if the service requires RUC review.  It is important that the
description of the typical patient make apparent the typical degree of complexity of the patient
receiving this procedure/service.

Click here to enter text.

# Procedure 903X0

Integrative Soul Therapy

## Typical Patient

A 37-year-old woman presents with a 14-year history of PTSD, panic disorder, and
severe anxiety disorder that was debilitating at times and required medication for
several years. Her trauma is starting to move through her and become conscious.
She is responding well to intuition guided talk therapy and emotional/spiritual crisis
treatment and surgery.

# Procedure 903X1

Soul Emergency Treatment

## Typical Patient

A 37-year-old woman presents with a 14-year history of PTSD, panic disorder, and
severe anxiety disorder that was debilitating at times and required medication for
several years. Her trauma is starting to move through her and become conscious.
She is responding well to intuition guided talk therapy and emotional/spiritual crisis
treatment and surgery.

19

Coding Change Application-last updated September 25, 2017
CPT is a registered trademark of the American Medical Association
Copyright 2013-2017 American Medical Association. All rights reserved.

27. For each proposed **NEW and/or REVISED** code(s), provide a brief description of the procedure/service performed by the physician or other qualified health care professional. Please refer to the sample format and examples of appropriate descriptions of service included in the code change application instructions. This should be a summary description and should not contain the details for pre, intra and post service breakdowns that are required as part of the AMA/Specialty Society RVS Update Committee (RUC). It is important that the description of the service make apparent the services that are integral or separately reported.

If the description includes services that are reported separately, please clearly indicate this separate reporting. If more than one physician or other qualified health care professional is involved in the provision of the total service, please indicate who does what.

# Description of Procedure(s)/Service(s)

# Integrative Soul Therapy (903X0)

Integrative Soul Therapy is guided by yin energy. It is entirely intuitive and creative. It is a process of allowing patients to find their story in order to unpack inner pain and shed the ego.

Human Quantum Physicians (Q8) perform this service. Q8's are metaphysically gifted empaths who have gone through the excruciatingly painful soul awakening process within themselves and now lead life with a yin drives yang flow having released the old yang drives yin flow.

Providers hold a safe space for patients to go deeply inward and discover their diverse sources of pain from childhood, past lives, ancestry, and the cosmos in order to ultimately connect with their universal source of healing, their soul. Providers feel the quality of energy and let their intuition be the guide. Listening to their body, they know when to speak and when to listen. At this time, there is one known timeframe for this process to reach completion and that is three years. As more patients get documented, we will be able to calculate a statistical average.

No other services are separately reported for this therapy and it is not done with multiple providers.

This therapy is provided at the provider's office.

Coding Change Application-last updated September 25, 2017
CPT is a registered trademark of the American Medical Association
Copyright 2013-2017 American Medical Association. All rights reserved.

# Description of Procedure(s)/Service(s)

# Soul Emergency Treatment (903X1)

Emergency Soul Treatment is guided by yin energy. It is entirely intuitive and creative. It is the process of emotional surgery and involves responding to acute emotional/spiritual crisis when a source of pain becomes conscious and part of the ego sheds. The emotional pain is unpacked and shed and the provider performs emotional surgery to repair the energy.

Human Quantum Physicians (Q8) perform this service. Q8's are metaphysically gifted empaths who have gone through the excruciatingly painful soul awakening process within themselves and now lead life with a yin drives yang flow having released the old yang drives yin flow.

Providers hold a safe space for patients to feel through their intense emotional pain. The emotional pain comes from trapped yang energies within the patient's body. The crisis is the time at which the energies are coming into consciousness. They are trapped survival instinct energies of fight (anger) – flight (fear) – freeze (shame). These energies are incredibly fast acting and indescribably painful. The provider's job during crisis is to bring as much slow, yin energy to the situation as possible. Slow emotional energies of love and sadness. The provider's chakras have to be open and their heart and root chakras must be especially powerful in an emergency because the energies of love and sadness live in the heart and hips. Slow earth energies are also needed. Energy from salt water, trees, herbs, bone broth, and essential oils. Creative energies from any form of art. The provider must remain in the present moment with the patient and be open to anything the patient needs to express and feel.

The provider is the patient's advocate and protector. The ancestral pain crisis may go public because this round of pain processing is at the macro societal level. The provider must support leaves of absence and have the strength to defend the patient in a public setting.

During crisis, patients may experience symptoms of restless sleep, flu like aches and pains (typically no fever or a mild fever), feeling hot or cold without a fever, night sweats, vivid dreams, heart palpitations, loss of appetite, tightness and knotting in the stomach, among other physical discomfort. This is the process of ego shedding. With each round of crisis, the physical symptoms lessen.

21

Coding Change Application-last updated September 25, 2017
CPT is a registered trademark of the American Medical Association
Copyright 2013-2017 American Medical Association. All rights reserved.

After crisis, it is typical for the patient to get flooded with insights into themselves and the cosmos. Insight flooding can be another source of extreme nervous system arousal for the patient. The provider must listen, provide more slow, grounding energy, and honor the patient's truth as they are discovering it.

The soul awakening process is complete when all inner sources of pain are conscious and the patient has integrated with their inner source of healing, their soul. They are no longer Homo Sapien. They have evolved to Homo Integratus. Their lifespan will be 150-175 years old. Their fertility window will increase, and I envision same sex couples who have evolved to homo integratus being able to reproduce. Their average respiration rate will be between 4-8 breaths. They will not need pharmaceutical medications.

No other services are separately reported. Provider may refer patient to a massage therapist for more relaxation and grounding for the body.

This treatment is provided at the provider's office or in the patient's home.

28. Please provide electronic (PDF or Word documents) copy(s) (and internet addresses, if available) of literature to support your application, and cite the author, title, journal, year, volume and page(s) in the "Publication Details and Attributes Grid" (press "Ctrl" key and click link) (PDA grid) that follows.  Each item of submitted literature shall be identified in the PDA grid according to each of the following requirements:

   1. Identify the Level of Evidence by selecting a level from the LOE table below;
   2. Identify whether this is a U.S. based journal or a non-U.S. based journal, and identify whether the population studied is U.S. or non-U.S. or both;
   3. Identify the number of patient studies (total of all group(s) including controls) and indicate whether study is a prospective study
   4. Provide a concise "relevance statement".
   5. **Provide up to 5 references**, of which at least 3 report the procedure/service in a U.S. patient population.  Of these, at least 2 articles must report different patient populations or have different authors (no overlapping patient populations or no overlapping authors). Articles submitted with the designation of "Confidential" will not be accepted nor included in the supporting literature reviewed by the CPT Editorial Panel. Any "in press" manuscripts that are submitted will only be appropriate for consideration by the Panel if accompanied by the letter from the editor/publisher of the applicable journal informing the author that the manuscript has been accepted for publication in its final form, subject only to final copy editing. It is the responsibility of the submitter to ensure that such submission to CPT (despite its very limited use by the Editorial Panel) does not jeopardize publication of the article being considered.

Coding Change Application-last updated September 25, 2017
CPT is a registered trademark of the American Medical Association
Copyright 2013-2017 American Medical Association. All rights reserved.

* For each article cited, please provide a description of why the specific literature reference is relevant to the code change application (e.g., "this is the hallmark double blinded controlled study establishing the value of the procedure/service", "this is a case report describing the procedure/service in detail", or "this is an opinion statement from a respected authority in the field").

## Publication Details and Attributes (PDA) Grid

**Code #**  Click here to enter text.

| References | Study Duration | Level of Evidence Based on LOE Table | U.S. or Foreign Peer Reviewed | Organization Sponsoring Journal | Impact Factor | U.S. or Foreign Population Studied | Prospective Study? | Total Patients Studied |
|---|---|---|---|---|---|---|---|---|
| The Bible – New Testament | | | ☐ U.S.<br>☐ Foreign | | | ☐ U.S.<br>☐ Foreign<br>☐ Both | ☐ Yes<br>☐ No | NA |

The literal story of Jesus is up for debate but when looked at metaphorically it is absolutely true. We have had two historical periods of Christ consciousness awakening within humans. We did not heed the messages in the first two periods and continued on a masculine, yang energy trajectory of war and pain. This is the third period in human history where the Christ consciousness is awakening in people and they need a new branch of medicine to facilitate their awakening. I fear if we do not heed the message this time around, we will miss our tipping point in the cosmos and will not make it as a species to see a fourth round.

Please see slides five and six in my PowerPoint "Yin Medicine & Our Evolutionary Trajectory" to see an illustration of where we are in the cosmos and the choice we are going to need to make very soon.

| References | Study Duration | Level of Evidence Based on LOE Table | U.S. or Foreign Peer Reviewed | Organization Sponsoring Journal | Impact Factor | U.S. or Foreign Population Studied | Prospective Study? | Total Patients Studied |
|---|---|---|---|---|---|---|---|---|
| The Chalice & The Blade | | | ☐ U.S.<br>☐ Foreign | | | ☐ U.S.<br>☐ Foreign<br>☐ Both | ☐ Yes<br>☐ No | |

This book explains how at one point in human history, divine feminine energy (yin) was the leader and humanity was thriving because yin and yang were in harmony. The force of masculine, yang energy took over with the blade and we have been on the trajectory of war, trauma, abuse and pain ever since.

27

Coding Change Application-last updated September 25, 2017
CPT is a registered trademark of the American Medical Association
Copyright 2013-2017 American Medical Association. All rights reserved.

| References | Study Duration | Level of Evidence Based on LOE Table | U.S. or Foreign Peer Reviewed | Organization Sponsoring Journal | Impact Factor | U.S. or Foreign Population Studied | Prospective Study? | Total Patients Studied |
|---|---|---|---|---|---|---|---|---|
| This Sacred Earth – the 2012 Phenomenon | | | ☐ U.S. <br> ☐ Foreign | | | ☐ U.S. <br> ☐ Foreign <br> ☐ Both | ☐ Yes <br> ☐ No | |

This documentary talks about the shift that happened in the universe in 2012 when the Mayan calendar ended. It introduces the concept of the New Human. A man with a PhD says we will evolve into homo luminous. We are evolving, but the new human is not homo luminous. The new human is homo integratus and the species that will evolve from homo integratus is homo infinitus. Our source of everlasting life is not in our light. It is in our dark. Our dark, feminine yin energy.

| References | Study Duration | Level of Evidence Based on LOE Table | U.S. or Foreign Peer Reviewed | Organization Sponsoring Journal | Impact Factor | U.S. or Foreign Population Studied | Prospective Study? | Total Patients Studied |
|---|---|---|---|---|---|---|---|---|
| Faith | | | ☐ U.S. <br> ☐ Foreign | | | ☐ U.S. <br> ☐ Foreign <br> ☐ Both | ☐ Yes <br> ☐ No | |

Mother Earth is communicating to us through erratic weather patterns, the threat of nuclear war, and a public health emergency. She expresses anger through fire, fear through wind, and shame through ice. These energies are surfacing within her because we are connected to her and there are many people who are feeling the intensity of their trapped survival instinct energies of fight (angry fire)-flight (quick windy fear)-freeze (ice cold, impenetrable shame). They are getting in touch with their inner sources of pain. These people need a new practice of medicine to help them feel through these energies so we can collectively connect back to our source energies, the slow energies of sadness and love. Mother Earth expresses her source energies by raining tears of sadness and shining love with the warm sun.

Accepting my application is going to be a big leap of faith by the American Medical Association because it is not the work of academia. It is the work of divinity. The choice is yours. God gave all of us free will.

| References | Study Duration | Level of Evidence Based on LOE Table | U.S. or Foreign Peer Reviewed | Organization Sponsoring Journal | Impact Factor | U.S. or Foreign Population Studied | Prospective Study? | Total Patients Studied |
|---|---|---|---|---|---|---|---|---|
| The soul awakening story of Jaimie Kulikowski | | | ☐ U.S. <br> ☐ Foreign | | | ☐ U.S. <br> ☐ Foreign <br> ☐ Both | ☐ Yes <br> ☐ No | 1 |

After suffering with PTSD, panic disorder, and severe anxiety disorder for 14 years, I supervised myself through a three year soul awakening journey that was so excruciatingly painful at times, I welcomed death and felt very close to death. All my sources of inner pain are conscious within me now. I have reconnected with my source of inner healing and now live life with yin energy as my guide. I no longer take medication. I breathe 4-8 times per minute. My hair is the thickness it was in adolescence and my menstrual cycle is the vibrancy and regularity that it was in adolescence. I know my karmic pattern and have broken it. I still feel survival instinct energies but they are no longer trapped within my multi-dimensional human system, and I can quickly feel through them and come back to my source energies. That is the difference between homo sapien and homo integratus. I believe I will live to be 150+ years old as long as I don't get killed by the oppressor first.

28

Coding Change Application-last updated September 25, 2017
CPT is a registered trademark of the American Medical Association
Copyright 2013-2017 American Medical Association. All rights reserved.

## Final Attestations

By signing below, I hereby attest to each of the following:

1.  the information provided in this application is true, correct and complete, and, to the best of my knowledge, accurately depicts current clinical and or surgical practice;

2.  I have read the CPT Statement on Lobbying, Criteria for Development and Evaluation of CPT Category I and Category III codes, CPT Code Application Instructions, CPT Editorial Panel Confidentiality Agreement, and CPT Application Process FAQs all referenced on the Applying for CPT Codes (press "Ctrl" key and click link) page and on related pages; and

3.  I have authority to sign this application in both an individual and organizational capacity.

| Signature | *[signature]* |
|---|---|
| Print Name | Jaimie Kulikowski |
| Organization (if applicable) | New Loop |
| Date | 3-13-2018 |



American Medical Association
CPT Coding, Editorial and Regulatory Services
AMA Plaza
330 N. Wabash Avenue, Suite 39300
Chicago, IL 60611-5885
Phone (312) 464-5486
Fax (312) 224-6916

If you have any questions concerning the requirements on the Coding Change Application, please consult with AMA staff prior to the submission of your application. An incomplete application may delay processing of your request and may cause it to be returned.
**AMA CPT Editorial Research and Development**
**Voice (312) 464-5486, fax (312) 224-6916**

Coding Change Application-last updated September 25, 2017
CPT is a registered trademark of the American Medical Association
Copyright 2013-2017 American Medical Association. All rights reserved.

**On January 24ᵗʰ, 2018, I emailed every Senator and Representative three bill ideas looking for sponsorhip as a result of what happened at PayScale during the fall of 2017.**

**Below is the email content I sent everyone:**

# I am looking for a representative to sponsor three bill ideas

**Jaimie Kulikowski <leanintuit.cmcr@gmail.com>**                                    Jan 24

Dear _____,

I have three bill ideas I am looking for sponsorship on:

1) The first is to add metaphysically gifted people as a protected class to the EEOC discrimination law. Registered psychotherapists are receiving education (there are several accredited Transpersonal Psychology programs), conducting therapy, and making A LOT of money on facilitating spiritual/soul awakenings, yet there is no legal protection for those of us going through the process, and it is an incredibly painful and scary process.

I paid my therapist $175/hr outside of my insurance for over three years and went through four spiritual/soul emergencies during that time. During my third emergency, I almost lost my job and my therapist abandoned me. Through my first two emergencies, she said I was gifted. When I needed her to protect me during my third emergency which was processing trauma from my Polish ancestry, she told me I was on the spectrum of bipolar and needed medication. However, the year prior when I was processing trauma from my past life and told her I was Che Guevara, that didn't prompt her to diagnose or medicate me. I went through my third and fourth soul emergencies alone, and I think I would have died if it weren't for the love of my dad and the tree on my patio.

There are a lot of people in emotional/soul crisis at this time, but it's not because they are disabled. It's because they are mystically gifted, and they need to be protected.

2) The second bill would mandate education on the spiritual/soul awakening process for companies employing 50+ people. I've started a company called New Loop that is ready to offer education.

3) The third bill would require all companies with over 50 people to have a New Loop department that revolves around feminine energy - emotions, feelings, the body, the heart. Jobs

in this department would have titles such as "Empath", "Intuitive", "Connector", "Emotional Creative", "Feminine Energy Coach", "Improviser", etc.

Thank you for your consideration of my bill proposals. Bringing back the divine feminine will transform our workforce into a workpower and this country will reach a level of prosperity never seen before.

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

I seek relief in the amount of 100 times over what I've spent in therapy to try and heal myself in order to evolve + be a healer.

$11,575 x 100 = $1,157,500

Date: 3-26-18

_(Plaintiff's Original Signature)_

1191 S yosemite way #45
_(Street Address)_

Denver, Co 80247
_(City, State, ZIP)_

303-319-5318
_(Telephone Number)_

(Rev. 07/06)                                    6